UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

04 AUG 16 PM 2:02

No: 03-3109

Filed: August 13, 2004

# 00-00868

ARTHUR THOMAS, Ed.D.

    Plaintiff - Appellant

v.

THE UNION INSTITUTE; PETER HOLLISTER; SUSAN WOOD; MARK ROSENMAN

    Defendants - Appellees

**MANDATE**

Pursuant to the court's disposition that was filed 5/19/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

*[signature]*

Deputy Clerk